AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Diane P. | U.S Court of Appeals for the Seventh Circuit | 12/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

2688 U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604-1818

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in Law | The University of Chicago Law School |
| 2. | Trust, Council, and Board | American Academy of Arts & Sciences |
| 3. | Board | Constitutional Rights Foundation Chicago |
| 4. | Council and Executive Committee | American Law Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | University of Chicago (Teaching) | $27,495.00 |
| 2. 2016 | LEG, Inc. dba West Academic (book royalties) | $1,717.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Northwestern Feinberg School of Medicine - Professor of Neurology - salary |
| 2. 2016 | Self-employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | Jan. 9, 2016 | New York, NY | Panel | T |
| 2. | American Law Institute | Jan. 20-22, 2016 | Philadelphia, PA | Council meeting | T, F, L |
| 3. | Federal Bar/Appellate Lawyers | Jan. 27, 2016 | Springfield, IL | Speech | T |
| 4. | University of Colorado/ Silicon Flatirons | Jan. 30-Feb. 1, 2016 | Boulder, CO | Conference | T, F, L |
| 5. | Stanford University | Feb. 4-5, 2016 | Palo Alto, CA | Moot Court | T, F, L |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Diane P. | 12/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Arizona State University | Feb. 6-7, 2016 | Phoenix, AZ | Sandra Day O'Connor Dinner | T, F, L |
| 7. | Yale School of Management | Feb. 19-20, 2016 | New Haven, CT | Conference | T, F, L |
| 8. | American Academy of Arts & Sciences | Mar. 24-25, 2016 | Cambridge, MA | Project | T, F, L |
| 9. | Fordham IP Institute | Mar. 31-Apr. 2, 2016 | New York, NY | Conference | T, F, L |
| 10. | Georgetown University | Apr. 24-25, 2016 | Washington, DC | Speech | T, F, L |
| 11. | University of Chicago | May 15-16, 2016 | Washington, DC | American Law Institute annual meeting | T, F, L |
| 12. | Global Competition Law Center | June 3-12, 2016 | Brussels, Belgium | Symposium | T, F, L |
| 13. | American Academy of Arts & Sciences | June 16-17, 2016 | New York, NY | Project | T, F, L |
| 14. | University of Colorado | July 11, 2016 | Chicago, IL | Casebook | F |
| 15. | Renaissance Weekend | Sept. 1-5, 2016 | Aspen, CO | Conference | F, L |
| 16. | American Law Institute | Sept. 15-16, 2016 | Philadelphia, PA | Project meeting | T, F, L |
| 17. | American College of Trial Lawyers | Sept. 16-23, 2016 | Philadelphia, PA & Washington, DC | UK-US Legal Exchange | T, F, L |
| 18. | American Academy of Arts & Sciences | Sept. 23, 2016 | Cambridge, MA | Project | T, F |
| 19. | American Academy of Arts & Sciences | Oct 6-9, 2016 | Cambridge, MA | Induction | T, F, L |
| 20. | International Bar Association | Oct. 12-15, 2016 | Florence, Italy | Conference | T, F, L |
| 21. | American Law Institute | Oct. 20-21, 2016 | New York, NY | Council | T, F, L |
| 22. | Cornell Law School | Oct. 28-Nov. 1, 2016 | Ithaca, NY | Moot Court & Class | T, F, L |
| 23. | University of Pennyslvania | Nov. 11-12, 2016 | Philadelphia, PA | Symposium | T, F, L |
| 24. | American Academy of Arts & Sciences | Nov. 13-14, 2016 | New York, NY | Project | T, F, L |
| 25. | University of Chicago | Dec. 11-17, 2016 | Beijing, China | Conference | T, F, L |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 12/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The TIAA Traditional Fund (note in Part VIII) | | None | N | T | | | | | |
| 2. The CREF Stock R3 Traditional mutual fund (note in part VIII) | | None | O | T | | | | | |
| 3. BMO Harris Bank - cash account | A | Interest | N | T | | | | | |
| 4. Chase Bank - cash account | A | Interest | O | T | | | | | |
| 5. Ameriprise 403(b) (H) | | | | | | | | | |
| 6. - Ameriprise Financial Inc. Fund | | None | M | T | | | | | |
| 7. Baird Insured Deposit - cash account | A | Interest | L | T | | | | | |
| 8. Bristol-Myers Squibb - common stock | A | Dividend | K | T | | | | | |
| 9. Fastenal Company - common stock | D | Dividend | M | T | | | | | |
| 10. Fidelity NMFF 457(b) (H) | | | | | | | | | |
| 11. - ARBSX | A | Int./Div. | L | T | | | | | |
| 12. - ATTIX | A | Int./Div. | J | T | | | | | |
| 13. - BHYIX | A | Int./Div. | M | T | | | | | |
| 14. Fidelity NW 403(b) (H) | | | | | | | | | |
| 15. - FBGKX | | None | | | Sold | 10/21/16 | M | A | |
| 16. - FETKX | | None | | | Sold | 10/21/16 | M | A | |
| 17. - FVLKX | | None | | | Sold | 10/21/16 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Northwestern Medical (H) | | | | | | | | | |
| 19. - FGCKX | | None | O | T | | | | | |
| 20. - HAOYX | | None | M | T | | | | | |
| 21. - ODVYX | | None | M | T | | | | | |
| 22. - Vanguard Primecap Adm (VPMAX) | | None | M | T | Buy | 10/21/16 | M | | |
| 23. - JH Discpl Value R6 (JDVWX) | | None | M | T | Buy | 10/12/16 | M | | |
| 24. - MFS Mid Cap Value R6 (MVCKX) | | None | M | T | Buy | 10/21/16 | M | | |
| 25. Wells Fargo Account (H) | | | | | | | | | |
| 26. - WMFAX (municipal bond-A) | A | Dividend | J | T | | | | | |
| 27. - SADAX (ultra-short-term income-A) | C | Dividend | N | T | | | | | |
| 28. - WMUXX (municipal mny-mkt-A) | A | Dividend | M | T | | | | | |
| 29. Fidelity Puritan Fund | C | Dividend | M | T | | | | | |
| 30. FDRXX | A | Interest | J | T | | | | | |
| 31. CLSPX | | None | M | T | | | | | |
| 32. FDVLX | | None | N | T | | | | | |
| 33. GE | | None | L | T | | | | | |
| 34. TFFYX | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 12/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Sep IRA (H) | | | | | | | | | |
| 36.  - FDRXX | | None | J | T | | | | | |
| 37.  - FLPSX | | None | M | T | | | | | |
| 38.  Northwestern Mem 401K (H) | | | | | | | | | |
| 39.  - Vanguard Target Fund | | None | J | T | | | | | |
| 40.  - FGCKX | | None | L | T | | | | | |
| 41.  - JDVWX | | None | L | T | | | | | |
| 42.  Northwestern 457(b) (H) | | | | | | | | | |
| 43.  - VTTVX | | None | L | T | | | | | |
| 44.  GE | A | Dividend | J | T | | | | | |
| 45.  W&T Offshore (Y) | | | | | | | | | |
| 46.  Walmart de Mexico | A | Dividend | K | T | | | | | |
| 47.  Whole Foods | C | Dividend | M | T | | | | | |
| 48.  Zimmer Biomet Holdings | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 12/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investements and Trusts

Notes:

Line 1. The TIAA Traditional Fund is an ordinary annuity. I have no say in the investment mix. It is not income-producing. The value of accumulations either increases or decreases depending on the market and premiums paid in.

Line 2. The CREF Stock R3 Fund is also a traditional mutual fund. I have no say in the investment mix. Like the TIAA Traditional Fund, this either increases or decreases depending on the market and premiums paid.

Line 9. Note for Fidelity NMFF 457(b): This account includes three funds: (1) ARBSX, value code L; (2) ATTIX, value code J; and (3) BHYIX, value code M. No income was generated. The value method is T.

Line 10. The Plan administrator sold these three funds and replaced with others (even swap) as follows: (1) FBGKX, value M, exchanged for Vanguard Primecap Adm (VPMAX); (2) FETKX, value M, exchanged for JH Discpl Value R6 (JDVWX); and FVLKX, value M, excahnged for MFS Mid Cap Value R6 (MVCKX). No income was generated. The value method is T.

Line 11: Note for Fidelity Northwestern Medical: This now includes the three funds reported in 2015, but also the three funds acquired in the exchanges reported in line 10. It thus has (1) FGCKX, value code O; (2) HAOYX, value code M; (3) ODVYX, value code M; (4) JDVWX, value code M; (5) MVCKX, value code M; and (6) VPMAX, value code M. No income was generated. The value method is T.

Line 25: The Wells Fargo account includes three funds: WMFAX (municipal bond-A), value code J; SADAX (ultra-short-term income-A), value code N; and WMUXX (municipal mny-mkt-A), value code M. Income in dividend form - total is C (SADAX = C; WMFAX = A; WMUXX = A). Value method T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane P. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544